**FILED**

**MAR 01 2012**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TERRANCE TRAMONTANA, | No. 11-16035 |
| Petitioner - Appellant, | D.C. No. 2:10-cv-02631-GEB-KJN |
| v. | Eastern District of California, Sacramento |
| G. SWARTHOUT, | |
| Respondent - Appellee. | ORDER |

Before:  FERNANDEZ and BYBEE, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All pending motions are denied as moot.